JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANA BAKER, | No. ED CV 10-00762-JHN (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| BOARD OF PAROLE HEARINGS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 15, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE